## 36020. JOHNSON v. LEE.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED MARCH 7, 1980 — DECIDED APRIL 29, 1980.

*Blackburn, Bright & Dodd, J. Converse Bright,* for appellant.

*John McTier,* for appellee.